A91A0035. LANE v. TAYLOR et al.

(405 SE2d 324)

McMURRAY, Presiding Judge.

In this personal injury action, the jury awarded plaintiff $5,000. Judgment was entered on February 13, 1990, in favor of plaintiff and against defendants in the amount of $2,500 to reflect the payment of personal injury protection ("PIP") benefits (in the amount of $2,500) by plaintiff's insurer. On February 22, 1990, plaintiff appealed. *Held*:

In *Barikos v. Vanderslice*, 177 Ga. App. 884 (341 SE2d 513), this court held amounts credited against a judgment for no-fault insurance payments must be subtracted from the amount of the judgment in determining whether a judgment is appealable directly. *Barikos* was overruled by the Supreme Court in *Bales v. Shelton*, 260 Ga. 335 (391 SE2d 394), on May 17, 1990. However, in overruling *Barikos*, the Supreme Court made it clear that *Bales* was to be applied prospectively only. Thus, *Barikos* was still viable when this appeal was filed on February 22, 1990.

Under *Barikos v. Vanderslice*, 177 Ga. App. 884, supra, it was incumbent upon plaintiff to use the discretionary appeal procedure since the resulting judgment was $2,500. OCGA § 5-6-35 (a) (6). It follows that this direct appeal must be dismissed.

*Appeal dismissed. Sognier, C. J., and Andrews, J., concur.*

DECIDED APRIL 1, 1991.

*Dailey & Groover, Lewis M. Groover, Jr.*, for appellant.

*Downey, Cleveland, Parker & Williams, Russell B. Davis*, for appellees.